**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IT IS ORDERED** that the following cases will be called on **TUESDAY, JUNE 23, 2026 at 9:00 A.M.** before **JUDGE LANCE M. AFRICK** in **Courtroom C427**, 500 Poydras Street, New Orleans, Louisiana. The defendants listed will be DISMISSED upon failure of the plaintiff to report the status thereof or in the absence of good cause shown why the defendants should remain on the docket.

26-137 Heiden Industries, LLC v. Sunshine Car Wash, LLC et al
No answer or request for entry of default as to the defendants, Action Management, LLC, Action Properties, LLC, Archie Graham Helton, and Sunshine Car Wash, LLC.
Complaint filed January 21, 2026.

26-163 Connie Norris v. Magnolia Water Utilities Operating Company, LLC et al
No service as to the defendants, Josiah Cox and Louisiana Department of Health.
Complaint filed January 23, 2026.

New Orleans, Louisiana, this 8th day of June, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**