**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNIE NORRIS** | **CIVIL ACTION** |
| **VERSUS** | **No. 26-163** |
| **MAGNOLIA WATER UTILITIES OPERATING COMPANY, LLC, ET AL.** | **SECTION I** |

# JUDGMENT

On June 4 and 8, 2026, this Court issued two orders and reasons[1] that, collectively, granted two motions[2] to dismiss and granted in part and denied in part one other.[3] On this date, the matter was brought before the Court following a call of the docket[4] and notice to the plaintiff Connie Norris ("Norris") to show cause why no action has been taken with respect to defendants Josiah Cox and the Louisiana Department of Health. No good cause being shown, the Court ordered that these two defendants be dismissed. The Court's orders and reasons and the call docket resolved all of Norris's claims against every defendant. Accordingly,

**IT IS ORDERED** that Norris's claims against all defendants are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, June 23, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 51; R. Doc. No. 52.
[2] R. Doc. No. 22; R. Doc. No. 26.
[3] R. Doc. No. 32.
[4] R. Doc. No. 53.